DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**1 MAY 2003**

| No. 078P03<br><br>Case below:<br><br>356 N.C. 676<br><br>155 N.C. App. 777 | Providian Nat'l Bank v. Bryant | Defs' Petition for Rehearing of PDR Under N.C. R. App. P. 31 (COA01-1546) | Dismissed |
|---|---|---|---|
| No. 043P03<br><br>Case below:<br><br>154 N.C. App. 742 | Robertson v. Robertson | Def's PDR Under N.C.G.S. § 7A-31 (COA01-1239) | Denied |
| No. 635P02<br><br>Case below:<br><br>153 N.C. App. 342 | RPR & Assocs., Inc. v. University of N.C.- Chapel Hill | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA01-1146)<br><br>2. AG's Conditional PWC to Review the Decision of the COA | 1. Denied **04/07/03**<br><br>2. Dismissed as Moot **04/07/03** |
| No. 136P03<br><br>Case below:<br><br>155 N.C. App. 754 | Smiley's Plumbing Co. v. PFP One, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA01-1384) | Denied |
| No. 159P03<br><br>Case below:<br><br>156 N.C. App. 318 | State v. Adams | Def's PDR Under N.C.G.S. § 7A-31 (COA01-1443) | Denied |
| No. 513P02<br><br>Case below:<br><br>152 N.C. App. 478 | State v. Barrett | Def's PDR Under N.C.G.S. § 7A-31 (COA01-914) | Denied |
| No. 193P03<br><br>Case below:<br><br>151 N.C. App. 598 | State v. Carmon | Def's Motion for Extension of Time to File PDR (COA01-525) | Convert to Cert. and Deny |
| No. 123P03<br><br>Case below:<br><br>Alamance County Superior Court | State v. Cockerham | Def's PDR Under N.C.G.S. § 7A-31 (COA01-1590) | Denied |